UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER RICHARDSON, et al., | Civil No. 09-1041-JM(WVG) |
| Plaintiffs, | ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR ORDER DIRECTING RELEASE OF AUTOPSY PHOTOGRAPHS (DOC. # 22) |
| v. | |
| MYLAN, INC., et al., | |
| Defendant. | |

On January 8, 2010, Defendants filed an Ex Parte Application for an Order Directing The Release of Autopsy Photographs. The Application seeks copies of autopsy photographs of Sandra Richardson, Medical Examiner No. 07-0579. The Application was served on Plaintiff and on the office of the District Attorney for the County of San Diego. On January 14, 2010, Defendants filed a letter from the Office of the District Attorney, dated January 7, 2010, which states that the Office of the District Attorney does not object to the release of the autopsy photographs relating to Sandra Richardson, Medical Examiner No. 07-0579. The Court has been informed that Plaintiffs do not oppose the Application.

The Court, having reviewed Defendant's Application, the

1 | letter of the Office of the District Attorney dated January 7, 2010,
2 | and GOOD CAUSE APPEARING, HEREBY ORDERS:
3 |     All copies of all photographs, including digital photographs,
4 | relating to the autopsy of Sandra Richardson, Medical Examiner No.
5 | 07-0579 of the San Diego County Coroners Office, shall be released
6 | to:
7 |     Neil Dymott Frank McFall & Trexler
    Attention: Tamara L. Glaser
8 |     1010 Second Avenue, Suite 2500
    San Diego, CA 92101-4906
9 |     Telephone No.: (619)238-1712
    Fax No.: (619)238-1562
10 |
11 | IT IS SO ORDERED.
12 |
13 | DATED: January 19, 2010

                                                Hon. William V. Gallo
                                                U.S. Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28