### MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

RICHARDSON                          v. MYLAN                          No. 09-1041-JM(WVG)

HON. WILLIAM V. GALLO        CT. DEPUTY J. YAHL            RPTR.

Attorneys

Plaintiffs                                                              Defendants


Joint Motion to Extend Discovery Deadline and Pretrial Motions (Doc. # 29) is GRANTED.

The date by which all discovery pertaining to expert witnesses shall be completed is extended to May 28, 2010 solely for the purpose of taking the depositions of the expert witnesses.

The date by which all motions shall be filed is extended to June 11, 2010.


DATED:  May 3, 2010

Hon. William V. Gallo
U.S. Magistrate Judge